IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:09-CV-375-RLV-DCK

| | |
|---|---|
| DEBRA COHN, )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>RODNEY B. FREEMAN, )<br>)<br>    **Defendant.** ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the *pro se* Plaintiffs' "Motion to Admit Discovery" (Document No. 12). The motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having fully considered the record, the undersigned will construe the motion as a witness list and notice of exhibits and will **deny** the motion as moot. At this time, Plaintiff does not need to make a motion to inform the Court of the discovery she plans to conduct, the witnesses she plans to call at trial, or any exhibits she plans to submit to the jury. A trial date has not been set yet.

**IT IS, THEREFORE, ORDERED** that the *pro se* Plaintiffs' "Motion to Admit Discovery" (Document No. 12) is **DENIED as moot**; no response by Defendant is necessary.

    **IT IS SO ORDERED**.

Signed: November 19, 2009

David C. Keesler
United States Magistrate Judge