**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.  3:09-CV-375-RLV-DCK**

| | | |
|---|---|---|
| **DEBRA COHN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **RODNEY B. FREEMAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

     **THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion For Leave To Take Early Discovery Therein Showing Good Cause" (Document No. 18) filed April 26, 2010.  This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate.  Having fully considered the record, the undersigned will construe the motion as one for the filing of discovery and will <u>deny</u> the motion.

     Plaintiff's motion seeks the "admission of early discovery," which the court construes to really mean the filing of certain discovery, to include numerous exhibits to the motion.  The Local Rules prohibit the filing of "discovery material unless (1) directed to do so by the Court; (2) such materials are necessary for use in an in-court proceeding; or (3) such materials are filed in support of, or in opposition to, a motion or petition."  Local Rule 26.2.

     **IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's "Motion For Leave To Take Early Discovery Therein Showing Good Cause" (Document No. 18) is hereby **DENIED**.

**SO ORDERED**.

Signed: May 26, 2010

David C. Keesler
United States Magistrate Judge