# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Debra Cohn,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

vs.                                                3:09-cv-375-RLV

Rodney B. Freeman,

    Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 22, 2010 Order.

                                                      Signed: November 22, 2010

                                                      */s/ Frank G. Johns*

                                                      Frank G. Johns, Clerk
                                                      United States District Court